JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. CV 21-8903 DMG (AFMx)<br><br>**JUDGMENT** |

　　This Court having granted Defendant United Specialty Insurance Company's Motion for Summary Judgment by Order dated July 14, 2022,

　　IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant United Specialty Insurance Company and against Plaintiff Colony Insurance Company.

DATED: July 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-